UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LORI ANNE CHRISTMANN,

        Petitioner,

v.                                      Case No. 14-14732

WILLIAM SCHUTTE,

        Respondent.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus, Granting Certificate of Appealability, Granting Application to Proceed in Forma Pauperis, and Granting Permission to Proceed on Appeal in Forma Pauperis" dated May 13, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent William Schutte and against Petitioner Lori Anne Christmann.  Dated at Detroit, Michigan, this 13th day of May 2015.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                        S/ Lisa Wagner
                                  By:  Lisa Wagner, Case Manager
                                    to Judge Robert H. Cleland