UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

LORI ANNE CHRISTMANN,

    Petitioner,

v.                                          Case No. 14-14732

WILLIAM SCHUTTE,

    Respondent.
_____/

**ORDER STRIKING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL AND MOTION FOR CERTIFICATE OF APPEALABILITY**

    This is a habeas case brought pursuant to 28 U.S.C. § 2254. On May 13, 2015, the court summarily dismissed the petition as untimely. (Dkt. # 6.) In the same order, the court granted Petitioner a certificate of appealability and permission to appeal in forma pauperis. (*Id.*) Petitioner subsequently filed an Application to Proceed on Appeal in Forma Pauperis (Dkt. # 9) and a Motion for a Certificate of Appealability (Dkt. # 10). Because the relief requested in these motions has already been granted by the court,

    IT IS ORDERED that the Petitioner's Application to Proceed on Appeal in Forma Pauperis (Dkt. # 9) and a Motion for a Certificate of Appealability (Dkt. # 10) are STRICKEN from the docket.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 12, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 12, 2015, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522
